NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE FRED T. PARKER

---

2011-1421
(Serial No. 09/815,567)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Fred T. Parker (Parker) moves to withdraw Meredith Martin Addy as counsel of record and to substitute Janet Pioli as principal counsel. Parker also moves for a 30-day extension of time, until October 7, 2011, to file his initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. Janet Pioli should promptly file a new entry of appearance as principal counsel.

FOR THE COURT

**AUG 2 6 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  Meredith Martin Addy, Esq.
Janet Pioli, Esq.
Raymond T. Chen, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 2 6 2011**

**JAN HORBALY**
**CLERK**